IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA GAIL BYRD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-401-TFM-B |
| TOWN OF MOUNT VERNON, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On October 26, 2022, the Magistrate Judge issued a Report and Recommendation which recommends the case be remanded to the Municipal Court of the Town of Mount Vernon, Mobile County, Alabama. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this case is **REMANDED** to the Municipal Court of the Town of Mount Vernon, Mobile County, Alabama.

The Clerk of Court shall effectuate the remand of this case.

**DONE** and **ORDERED** this 23rd day of January, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE